AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A 2010 BLACK TOYOTA CAMRY, OHIO<br>REGISTRATION EQS2043, VEHICLE IDENTIFICATION<br>NUMBER 4T4BF3EK8AR010757 | )<br>)<br>)    Case No.  **1:16 MJ 4014**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __Ohio__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before __23 March 2016__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Nancy A. Vecchiarelli, U.S. Magistrate Judge__.
*(United States District Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __9 March 2016 2:27 PM__    __Nancy Vecchiarelli__
                                                                *Judge's signature*

City and state: __Cleveland, Ohio__    __Nancy A. Vecchiarelli, U.S. Magistrate Judge__
                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: 03/15/2016 7:05am | Copy of warrant and inventory left with: Steven Vozar |
|---|---|---|

Inventory made in the presence of:
Steven Vozar

Inventory of the property taken and name of any person(s) seized:

~~See attached list of evidence recovered.~~

① 3 pistol magazines with 32 9 mm rounds
② unmarked blue bottle
③ 2 empty bottles labled "oxandrolone capsules"

*[Stamp: 2016 MAR 28 AM 11:15 FILED CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/23/2016

_David Gardner_
Executing officer's signature

David Gardner, SA FBI
Printed name and title